**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 20-CR-179 (KBJ)** |
| | : | |
| v. | : | |
| | : | |
| **WALTER GOODMAN,** | : | |
| | : | |
| Defendant. | : | |

**ORDER**

The United States of America, having filed a Motion to Dismiss the Indictment in connection with this case, it is by the Court this 21st day of May, 2021,

ORDERED that the Government's Motion is hereby GRANTED, and it is

FURTHER ORDERED that such dismissal shall be without prejudice, and it is

FURTHER ORDERED that Defendant Walter Goodman shall be released forthwith from custody and any pre-trial conditions in this case.

*Ketanji Brown Jackson*
HON. KETANJI BROWN JACKSON
United States District Court Judge
for the District of Columbia

1